UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION

at PIKEVILLE

Civil Action No. 20-154

**MARNA DAVIS,**                                                                                              **PLAINTIFF,**

v.

## JUDGMENT

**KILOLO KIJAKAZI**
**COMMISSIONER OF SOCIAL SECURITY,**                                    **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.    the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
    B.    the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
    C.    this action is **STRICKEN** from the active docket of the Court.

This 21st day of December 2021.



Signed By:
_Henry R Wilhoit Jr._
**United States District Judge**